No. 87–5078.  BUTTS v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5079.  COGSHELL v. GENERAL MOTORS CORP.  C. A. 10th Cir.  Certiorari denied.

No. 87–5080.  BASNIGHT v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–5081.  GILBERT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–5084.  FOSTER v. MENCL ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 87–5086.  FURLOUGH v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 87–5087.  HUFFAKER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 87–5088.  KRAPP v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 87–5090.  COLEMAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–5091.  REDD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 87–5093.  BEARD v. DUTTON ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 87–5094.  WERNER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 87–5097.  ONAFOWOKAN v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 87–5099.  McCOY v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 87–5101.  GANTOS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.